IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
JAN 20 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR NO. 2:06CR010-MHT |
| | ) [18 USC 1168(b)] |
| MARNEKIA DESHAY MILNER | ) |
| | ) |
| | ) INDICTMENT |

THE GRAND JURY CHARGES:

## COUNT 1

On or about the 29th day of March, 2004, in Montgomery, Alabama, within the Middle District of Alabama,

MARNEKIA DESHAY MILNER,

defendant herein, then being an employee, cashier/counter of the Poarch Band of Creek Indians at the Tallapoosa Entertainment Center Casino, located in Montgomery, Alabama, willfully misapplied and carried away with intent to steal, approximately $10,000.00 belonging to the Tallapoosa Entertainment Center Casino, a gaming establishment operated by and licensed by the Poarch Band of Creek Indians, an Indian tribe pursuant to an ordinance and resolution approved by the National Indian Gaming Commission in violation of Title 18, United States Code, Section 1168(b).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
Kent B. Brunson
Assistant United States Attorney