# COURTROOM DEPUTY MINUTES    DATE: 2/2/06
## MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: 3:33 - 3:38

- [√] INITIAL APPEARANCE
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [√] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: CHARLES S. COODY    DEPUTY CLERK: WANDA STINSON

CASE NO.: 2:06CR10-T-CSC    DEFT. NAME: MARNEKIA DESHAY MILNER

USA: KENT BRUNSON    ATTY: PATRICIA KEMP

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO;

USPTSO/USPO: RON THWEATT

Defendant ___ does √ does NOT need an interpreter;
Interpreter present √ NO ___ YES    NAME ___

- [√] Kars.    Date of Arrest 2/2/06    or  [ ] karsr40
- [√] kia.    Deft. First Appearance. Advised of rights/charges. [ ] Pro/Sup Rel Violator
- [√] Finaff.    Financial Affidavit executed √ to be obtained by PTS; √ ORAL Motion for Appt. Of Counsel.
- [√] koappted    ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- [ ] 20appt.    Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ]    Deft. Advises he will retain counsel. Has retained ___
- [ ]    Government's ORAL (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [ ]    Government's WRITTEN Motion for Detention Hrg. filed.
- [ ]    DETENTION HRG [ ] held; [ ] set for___; [ ] Prelim. Hrg [ ] Set for___
- [ ] kotempdtn.    ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- [ ] kodtn.    ORDER OF DETENTION PENDING TRIAL entered
- [√] kocondrls.    Release order entered. √ Deft. advised of conditions of release.
- [√] kbnd.    [ ] BOND EXECUTED (M/D AL charges) $ 25,000    Deft released (kloc LR)
    [ ] BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- [ ] Loc.(LC)    Bond NOT executed. Deft to remain in Marshal's custody
- [ ] ko.    Deft. ORDERED REMOVED to originating district
- [ ] kwvprl.    Waiver of [ ] Preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ]    Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- [√] Karr.    ARRAIGNMENT SET FOR: ___  √ HELD. Plea of **NOT GUILTY** entered.
    √ Trial Term 4/24/06    ; [ ] PRETRIAL CONFERENCE DATE: ___
    √ DISCOVERY DISCLOSURES DATE: 2/3/06
- [ ] Krmknn.    NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg.    Identity/Removal Hearing set for ___
- [√] Kwvspt    Waiver of Speedy Trial Act Rights Executed.