## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | CASE NO: 2:06-cr-010-T |
| | ) | |
| **MARNEKIA DESHAY MILNER** | ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Donnie W. Bethel, and enters his appearance on behalf of Defendant, Marnekia Deshay Milner, in the above-styled case.

Dated this 13th day of February, 2006.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-cr-010-T** |
| | ) | |
| **MARNEKIA DESHAY MILNER** | ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on February 13, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                           Respectfully submitted,

                                           s/ Donnie W. Bethel
                                           DONNIE W. BETHEL
                                           Assistant Federal Defender
                                           201 Monroe Street, Suite 407
                                           Montgomery, Alabama 36104
                                           Phone: (334) 834-2099
                                           Fax: (334) 834-0353
                                           E-mail:don_bethel@fd.org
                                           IN Bar Code: 14773-49