| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** February 27, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:21 - 3:23 |

## PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:06cr010-MHT | **DEFENDANT(S)** Marnekia DeShay Milner |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|:---:|---|
| Kent Brunson | * | |
| | * | Donnie Bethel |
| | * | |
| | * | |
| | * | |

❑ **DISCOVERY STATUS:**
  **Some discovery just received by Mr. Bethel**
  **Possible video tapes evidence to be turned over - Government will get with agent**

❑ **PENDING MOTION STATUS:**
  **Defendant may filed motion to suppress after all discovery received**

❑ **PLEA STATUS:**
  **Possible plea**
  **Notice of intent to change plea to be filed no later than noon on April 12, 2006**

❑ **TRIAL STATUS**
  **Trial time - 1 day**

❑ **REMARKS:**