# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-cr-010-T** |
| | ) | |
| **MARNEKIA DESHAY MILNER** | ) | |

## MOTION FOR EXTENSION OF TIME

**COMES NOW** the Defendant, **MARNEKIA DESHAY MILNER**, by undersigned counsel, Donnie W. Bethel, and moves this Court for an extension of time until March 1, 2006, to file a motion to suppress the Defendant's confession in this case.

1. The Defendant's pretrial motions were due on Friday, February 24, 2006. Undersigned counsel did not realize until after his trial concluded on the evening of the 24th that a crucial page of discovery–the Defendant's written confession–was missing from the materials the Defendant received from the United States Attorney's Office.

2. Assistant United States Attorney Kent Brunson provided the Defendant with the missing page of discovery on Monday, February 27, 2006. Therefore, the Defendant requests two additional days, until March 1, 2006, to consider filing a motion to suppress the Defendant's confession.

3. The United States, through Assistant United States Attorney Kent Brunson, does not oppose this request.

**WHEREFORE**, Defendant asks for an extension of time until March 1, 2006, to file a motion to suppress evidence.

Dated this 27th day of February, 2006.

Respectfully submitted,


s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-cr-010-T** |
| | ) | |
| **MARNEKIA DESHAY MILNER** | ) | |

### CERTIFICATE OF SERVICE

    I hereby certify that on February 27, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

    Respectfully submitted,

    s/ Donnie W. Bethel
    DONNIE W. BETHEL
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail:don_bethel@fd.org
    IN Bar Code: 14773-49