IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr010-MHT |
| | ) | |
| MARNEKIA DESHAY MILNER | ) | |

### ORDER ON MOTION

Upon consideration of defendant's motion for extension (Doc. # 13), filed February 27, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. All pretrial motions shall be filed on or before March 1, 2006.

DONE, this 2nd day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE