IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr10-MHT |
| | ) | |
| MARNEKIA DESHAY MILNER | ) | |

## **ORDER**

For good cause, it is

ORDERED that the pretrial conference previously scheduled for April 3, 2006 be and hereby is rescheduled for 3:00 p.m. on July 17, 2006 in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done, this 31st day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE