**COURTROOM DEPUTY'S MINUTES**                    **DATE: July 17, 2006**

**MIDDLE DISTRICT OF ALABAMA**                    **Digital Recording: 3:58 - 4:00**

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. Susan Russ Walker**          **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 2:06cr10-MHT**          **DEFENDANT(S) Marnekia DeShay Milner**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| Kent Brunson | * | Donnie Bethel |
| | * | |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:**
   **Complete**

❏ **PENDING MOTION STATUS:**

❏ **PLEA STATUS:**
   **Plea**

❏ **TRIAL STATUS**
   **Trial - 1 day**

❏ **REMARKS:**