# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE         AT MONTGOMERY  ALABAMA

DATE COMMENCED  November 15, 2006         AT  3:25    A.M./P.M.

DATE COMPLETED  November 15, 2006         AT  3:35    A.M./P.M.

UNITED STATES OF AMERICA                  Criminal Action
                                          2:06cr10-MHT
        VS.

MARNEKIA DESHAY MILNER

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Kent B. Brunson | X | Atty Donnie W. Bethel |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, Courtroom Clerk | Tashwanda Pinchback, Law Clerk | Mitchell Reisner, Court Reporter |
|---|---|---|

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:     SENTENCING HEARING

3:25 p.m.            Sentencing hearing commenced. Terms of plea
                     agreement stated on the record. Sentence
                     imposed.
3:35 p.m.            Hearing concluded.